# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 6, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143673(72)

_____

In re J.L. GORDON, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

COURTNEY HINKLE,
        Respondent-Appellant.

_____

SC: 143673
COA: 301592
Oakland CC Family Division:
2008-746988-NA

On order of the Chief Justice, the motion by Michigan Indian Legal Services, Inc. and the American Indian Law Section of the State Bar of Michigan for leave to file a brief *amicus curiae* is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 6, 2012

Clerk